# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI,<br>　　　Plaintiff,<br>　　　　v.<br><br>AIRPORT WESTERNER, et al.,<br>　　　Defendants. | Case No.: CV 18-807 DSF (SKx)<br><br>JUDGMENT |

The Court having granted Plaintiff's motion for default judgment,

　　IT IS ORDERED AND ADJUDGED that judgment be entered against Defendants and in favor of Plaintiff for $8,010, comprised of $4,000 in statutory damages, $3,570 in reasonable attorney's fees, and $440 in filing costs. Defendants are further ORDERED to provide an accessible parking space at the property located at or about 4500 West Century Boulevard, Inglewood, California 90304, and an accessible route to the store entrance in compliance with the Americans with Disabilities Act Accessibility Guidelines.

Date: April 27, 2018

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　United States District Judge